No. 04–534. HOEVENAAR v. LAZAROFF, WARDEN. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cutter* v. *Wilkinson*, 544 U. S. 709 (2005).

No. 04–1227. BRADLEY ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–8465. ROSALES v. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the confession of error by the Acting Solicitor General in his brief filed for the respondent on May 4, 2005.